# United States Court of Appeals

### For the Eighth Circuit

_____

No. 25-3237

_____

United States of America

*Plaintiff - Appellee*

v.

Jose DeJesus Mejia-Fraijo

*Defendant - Appellant*

_____

No. 25-3242

_____

United States of America

*Plaintiff - Appellee*

v.

Jose DeJesus Mejia-Fraijo

*Defendant - Appellant*

_____

Appeals from United States District Court
for the Northern District of Iowa - Western

_____

Submitted: May 19, 2026
Filed: May 22, 2026
[Unpublished]
_____

Before BENTON, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

Jose Mejia-Fraijo appeals after he pleaded guilty to illegal reentry as a felon, which also resulted in the district court[1] revoking his supervised release in an earlier case. His counsel has moved for leave to withdraw under *Anders v. California*, 386 U.S. 738 (1967), and has filed a brief challenging the substantive reasonableness of both sentences.

Having carefully reviewed the record, we conclude that Mejia-Fraijo's sentences are not unreasonable, as there is no indication that the district court failed to consider the 18 U.S.C. § 3553(a) factors, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (standard of review; sentence may be unreasonable if district court fails to consider relevant factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment in weighing appropriate factors); *United States v. Valure*, 835 F.3d 789, 790 (8th Cir. 2016) (standard of review for revocation sentences); *United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014) (on appeal, within-Guidelines-range sentence may be presumed reasonable); *United States v.*

_____

[1]The Honorable Leonard T. Strand, United States District Judge for the Northern District of Iowa.

*Beckwith*, 57 F.4th 630, 632 (8th Cir. 2023) (per curiam) (revocation sentence within Guidelines range is accorded a presumption of substantive reasonableness on appeal).

We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and we find no non-frivolous issues for appeal. Accordingly, we grant counsel leave to withdraw, and we affirm.

_____